**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lax & Company, Inc. et al., ) | Case No: 3:15-cv-04085 |
| Plaintiff(s), ) | |
| ) | **APPLICATION FOR** |
| v. ) | **ADMISSION OF ATTORNEY** |
| ) | **PRO HAC VICE** |
| American Airlines Group, Inc., et al., ) | (CIVIL LOCAL RULE 11-3) |
| ) | |
| Defendant(s). ) | |

I, Roger A. Sachar, Jr., an active member in good standing of the bar of The Supreme Court of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lax & Company, Inc. and Howard Robinson, in the above entitled action. My local co-counsel in this case is Lesley E. Weaver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address Of Record: | Local Co-Counsel's Address Of Record: |
|---|---|
| Morgan & Morgan, P.C., 28 West 44th Street, Suite 2001, New York, NY 10036 | Block & Leviton LLP, 520 Third Street, Suite 108, Oakland, CA 94607 |
| My Telephone # Of Record: | Local Co-Counsel's Telephone # Of Record: |
| (646) 863-5704 | (415) 968-8999 |
| My Email Address Of Record: | Local Co-Counsel's Email Address Of Record: |
| RSachar@MorganSecuritiesLaw.com | lweaver@blockesq.com |

I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 61243.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/28/15                                                                    Roger A. Sachar, Jr.
                                                                                             APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Roger A. Sachar, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 28, 2015.

                                                                          _____
                                                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE